# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00615-CV

**In re Jerald Weatherman and Scott Edmondson**

### ORIGINAL PROCEEDING FROM MCCULLOCH COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Scott King Field, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Filed:   October 2, 2013